JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
38 CORPORATE PARK, SUITE D
IRVINE, CA 92714
714-474-2055
Attorneys for the Plaintiff



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.

CORIE L. VARIN
A/K/A CORIE L. WIEBE

        Defendant(s).

COURT NO: 92 A 21338

DEFAULT JUDGMENT

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from CORIE L. VARIN the sum of $3,000.00 as principal, $655.63 as accrued prejudgment interest, $140.00 administrative charges, and $20.00 costs, plus $0 attorney fees for a total amount of $3,815.63, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: NOV 2 4 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: 
    Deputy Clerk